CARROLL, TREMAYNE #H73384
KVSP, RHU-1
P.O. BOX 5104
DELANO, CA 93216



UNITED STATES DISTRICT COURT
DISTRICT COURT OF CALIFORNIA

CV24-8040-VBF (DFM)

| | |
|---|---|
| CARROLL, TREMAYNE, | CASE NO. |
| PLAINTIFF | FIRST, FOURTH, EIGHTH, FOURTEENTH AMENDMENT |
| SEAN "DIDDY" COMBS, CDCR, | VIOLATIONS, U.S. 1983 CIVIL |
| KATHLEEN ALLISON, MARCUS | RIGHTS COMPLAINT, PETITION |
| POLLARD, MCSP WARDEN, | FOR PRELIMINARY INJUNCTIVE |
| MIKE PALLARES, GAVIN | RELIEF, TEMPORARY RESTRAINING |
| NEWSOME, CCWF WARDEN, | ORDER, MONETARY DAMAGES, |
| MADERA COUNTY D.A., JANE/ | APPOINTMENT OF COUNSEL, |
| JOHN DOE(S) 1-100, ET., AL | |
| DEFENDANT(S) | 09/01/24, 1200 HRS. |

PLAINTIFF CARROLL, WHO'S A BLACK ADA (HEARING, MOBILITY, VISION IMPAIRED) TRANSWOMAN FALSELY IMPRISONED IN THE CALIFORNIA DEPARTMENT OF CORRUPTIONS ON HER 27TH YEAR OF 25-TO-LIFE UNDER CA 3X LAW FOR A NON-VIOLENT/ NON-SERIOUS AIDING GRAND THEFT CONVICTION IN WHICH THE PERSON (CORVAIN COOPER) WHO SHE'S ACCUSED OF AIDING GOT PROBATION AND NO JAIL TIME -- PLAINTIFFS TWO PRIOR STRIKES ARE FROM ONE JUVENILE CONVICTION, CONTENDS THAT HER CIVIL RIGHTS WERE VIOLATED BY DEFENDANT(S) INDIVIDUALLY/ COLLECTIVELY IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY(S). PLAINTIFF ELECTS TO NAME ADDITIONAL DEFENDANT(S) RATHER

P.C. 1258

THAN LEAVE THEM AS "DOE" DEFENDANT(S), INCLUDING BUT NOT LIMITED TO: L.A. COUNTY JUVENILE PROBATION DEPARTMENT AND STAFF, JOSEPH GOETHALS LEGAL, THE JUSTICE FIRM (JOSEPH VIRGILIO, CHRISTOPHER DARDEN, NELSON HUNT), AW DE LA CRUZ, KVSP WARDEN, SGT. WATTERS, C/O MBAH, C/O BARRETT, ELIE MILLER, MARC LEWINSTEIN, SGT. BROWN, SGT. CONTRERAS, SGT. HOLMES, SALLY STOKES, CHILD PROTECTIVE SERVICES, CIW WARDEN, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, YOUTUBE, DAILYMAIL, CBS, FOX, THE JUMPER, SHADEROOM, REDDIT, ETC.

## FACTS

IN 1996, AFTER BEING RELEASED FROM CALIFORNIA YOUTH AUTHORITY, HEMAN G. STARKS YOUTH TRAINING SCHOOL PLAINTIFF WAS INTRODUCED TO BAD BOY CEO SEAN "DIDDY" COMBS BY PLAINTIFFS NBA STAR COUSIN CHRIS "JOE" AND HIS BEST FRIEND DEON "JOE" AFTER A PARTY HOSTED BY ANOTHER NBA STAR PAUL "DOE". SEAN "DIDDY" COMBS NEEDED SECURITY IN THE L.A. AREA AS THIS WAS THE HEIGHT OF THE EAST COAST/WEST COAST (TUPAC, BIGGIE) WAR.

PLAINTIFF INTRODUCED SEAN "DIDDY" COMBS, BIGGIE SMALLS AND OTHER BAD BOY MEMBERS TO HER COUSIN ORLANDO ANDERSON, WHO WAS ASSAULTED BY TUPAC SHAKUR AND MEMBERS OF DEATH ROW RECORDS, INCLUDING TRAYVION LANE WHO PLAINTIFF HAD PROVIDED PROTECTION FOR IN YOUTH AUTHORITY.

LATER, SEAN "DIDDY" COMBS INVITED PLAINTIFF TO HANG OUT IN STUDIO CITY WHERE DEFENDANT COMBS DRUGGED AND SEXUALLY ASSAULTED PLAINTIFF.

PLAINTIFF CARROLL HAD BEEN MOLESTED BY HER STEPMOM FROM AGES 5-13 AND BY L.A. COUNTY JUVENILE PROBATION STAFF AT LOS PADRINOS, SYLMAN, EASTLAKE, CAMP MIRA LOMA, CAMP KILPATRICK AND CYA AND WAS

P.C. 1258

ATTEMPTING TO GET HER LIFE TOGETHER AS THE STARTING POINT GUARD FOR GOLDEN WEST JUNIOR COLLEGE IN WESTMINSTER CALIFORNIA.

PLAINTIFF'S "RAPE TRAUMA SYNDROME" WAS TRIGGERED WITH NO ONE TO TURN TO AND NO ONE TO TRUST.

IN DECEMBER OF 1996 PLAINTIFF WAS FALSELY ARRESTED FOR ROBBERY THAT DEFENDANT COMBS HIRED AN ATTORNEY TO GET DISMISSED; HOWEVER, PLAINTIFF WAS RETURNED TO CUSTODY WHERE SHE LEARNED CDCR WAS NOT ONLY FALSELY LABELING HER A SEX OFFENDER BUT FALSELY CLAIMING THAT ONE OF THE TWO ALLEGED VICTIMS IN HER TWO STRIKE CASE WAS A MINOR, SO THEY LABELED HER WITH A LEWD AND LACIVIOUS ACT AGAINST A MINOR. PLAINTIFF WAS THE ONLY MINOR INVOLVED. PLAINTIFF SUFFERED PHYSICAL/SEXUAL ABUSE FROM STAFF AND INMATES AS A RESULT OF THESE FALSE "R" LABELS.

A YEAR LATER PLAINTIFF WAS RELEASED AFTER GETTING NO TREATMENT FROM CDCR.

IN AUGUST 1998 PLAINTIFF WAS ARRESTED FOR ROBBERY IN WHICH SEAN "DIDDY" COMBS PROVIDED THE MONEY FOR BAIL AFTER BEING CONTACTED BY PLAINTIFF'S COUSIN.

ON 9-10-98, PLAINTIFF'S BAIL WAS REVOKED FOR NO REASON. WHILE IN L.A. COUNTY JAIL, CORRUPT DEPUTIES FALSELY CHARGED PLAINTIFF WITH POSSESSION OF A WEAPON AFTER LEARNING PLAINTIFF WAS LABELED A CHILD MOLESTER.

PLAINTIFF WAS FOUND GUILTY OF AIDING GRAND THEFT PROPERTY AND WAS SENTENCED TO 25-TO-LIFE AFTER SENTENCING JUDGE USED FALSE SEXUAL ALLEGATIONS THAT PLAINTIFF WAS FOUND NOT GUILTY

P.C. 1258

of to determine sentencing and plaintiffs attorney refused to bring up childhood trauma plaintiff suffered because plaintiff was labeled child molester.

Plaintiff entered CDCR in December 1999 falsely labeled a child molester/sex offender with an "R" suffix and this caused plaintiff to be subjected to untold physical, sexual, psychological abuse by staff and inmates resulting in falsified RVR's, denial of programming opportunities, unequal protection, unequal treatment, etc.

In 2018-19, plaintiff had to allow Dr. Claybaugh at Salinas Valley State Prison to rape her in order to start gender dysphoria treatment and transition to womanhood documentation.

Later at Richard J. Donovan in San Diego, plaintiff was sexually abused by Sgt. Godinez and Dr. Calderon. Then, while housed in RJD ASU solitary confinement, plaintiff was left handcuffed in her wheelchair for (3) days. This lead to multiple lawsuits and plaintiff becoming inmate number one in Armstrong v. Newsome that got body cameras implemented in CDCR and district court judge Claudia Wilkens to grant restraining order against CDCR for plaintiff.

RJD staff c/o Sanchez, c/o Rucker and others falsified RVR's and had plaintiff busted in the head with a boulder that shouldn't have been on any prison yard. Plaintiff was again falsely imprisoned in solitary confinement when RJD hiring authority approached

P.C. 1258

PLAINTIFF WITH A CELLPHONE AND PHONE NUMBER. PLAINTIFF CALLED THE NUMBER AND IT WAS SEAN "DIDDY" COMBS TELLING PLAINTIFF "MARCUS POLLARD IS FAMILY. LEAVE SOLITARY CONFINEMENT AND ITS ALL GOOD." DEFENDANT POLLARD TOLD PLAINTIFF THEY NEEDED ME TO GO BACK TO A-FACILITY WITH SUGE KNIGHT AND GET ALL THE INFORMATION I COULD ON THE MURDER OF TUPAC SHAKUR. I'D HAD A RELATIONSHIP WITH SUGE KNIGHT AND WROTE A SONG FOR A DOCUMENTARY THAT NICK CANNON WAS SUPPOSED TO BE DOING.

WHEN I GOT BACK ON A-FACILITY, I WAS CONTACTED BY DEFENDANT COMBS ON THE SAME CELLPHONE. DEFENDANT COMBS TOLD ME AFTER I GOT ALL THE INFO I COULD OUT OF SUGE KNIGHT HE NEEDED ME TO FIND SOMEBODY TO KILL SUGE KNIGHT AND HE WOULD PAY US BOTH $100,000. BEFORE LONG THE TRO WAS ISSUED AND I WAS MOVED TO MCIC FOR MY SAFETY AND TO MONITOR RETALIATION AGAINST ME BECAUSE THAT WAS THE ONLY FACILITY WITH OVER-LAPPING CAMERAS.

WHILE AT MCIC I HAD SEVERAL CONVERSATIONS WITH DEFENDANT COMBS WHO INSURED ME HE WAS WORKING ON GETTING ME FREE AS I INSURED HIM ONE OF MY PEOPLE WOULD TAKE CARE OF SUGE KNIGHT AFTER HE WENT TO BOARD.

IN JANUARY 2021 SB132 WAS ENACTED BY GOVERNOR GAVIN NEWSOME. DEFENDANT COMBS ASKED ME IF I WANTED TO GO TO WOMENS PRISON. I TOLD HIM THEY WOULDNT DO IT BECAUSE IM FALSELY LABELED A SEX OFFENDER WITH A LEWD/LACIVIOUS ACT AGAINST A MINOR. DEFENDANT COMBS TOLD ME HE WAS PLUGGED IN WITH KATHLEEN ALLISON SO HE WOULD MAKE THAT HAPPEN

P.C.-1258

FOR ME BUT I COULD NEVER SPEAK ON WHAT HE DID TO ME AND I HAD TO MAKE THAT HAPPEN WITH SUGE KNIGHT. I TOLD HIM IT WAS GOOD.

A FEW MONTHS LATER I HAD A VIDEO CALL WITH KATHLEEN ALLISON AND MCIC WARDEN. KATHLEEN ALLISON SAID THEY WOULD BE APPROVING MY TRANSFER TO WOMENS PRISON INSPITE OF THE "R" SUFFIX BASED ON OUR MUTUAL FRIEND AND SHE KNOWS I'M TRANSGENDER BECAUSE SHE SPOKE WITH DR. CLAYBAUGH WHO RAPED ME AT SVSP, BUT I WOULD OWE HER A FAVOR.

AUGUST 26, 2021 I WAS TRANSFERED TO WOMENS PRISON, CENTRAL CALIFORNIA WOMENS FACILITY IN CHOWCHILLA, CALIFORNIA. THE FIRST THING I NOTICED UPON ARRIVING IN RECEPTION BUILDING 503 WAS THAT THERE WERE NO CONDOM DISPENSERS IN THE DAYROOM LIKE THERE ARE IN EVERY MENS FACILITY. I FILED A DISCRIMINATION GRIEVANCE THAT NIGHT AND FILED AT LEAST (20) MORE OVER THE TWO AND A HALF YEARS I WAS THERE.

IN LATE 2021/EARLY 2022, ACTING WARDEN MIKE PALLARES CALLED ME TO THE BPH ROOM AND FORCED ME TO PERFORM ORAL SEX ON HIM IN EXCHANGE FOR HIM NOT SENDING ME BACK TO MENS PRISON. UNBEKNOWN TO ME, MIKE PALLARES HAD BEEN CHARGED WITH RAPING A FEMALE STAFF MEMBER ON CCWF GROUNDS AND SEXUALLY ASSAULTING THE WARDEN WHO WAS BEFORE HIM AND WHEN SHE COMPLAINED HE GOT HER FIRED AND TOOK HER JOB.

MONTHS LATER OFFICER GREG RODRIGUEZ FORCED ME TO PERFORM ORAL SEX ON HIM IN THE SAME

P.C. 1258

BPH ROOM UNDER THE SAME THREAT OF SENDING ME BACK TO MENS PRISON.

AFTER FILING CIVIL SUIT ON THIS ON BEHALF OF MYSELF AND LATASHA BROWN, WE WERE INTERVIEWED BY ATTORNEY ROBERT CHALFANT. DAYS LATER WE WERE BOTH THROWN IN SOLITARY CONFINEMENT WITH CCWF CLAIMING LATASHA BROWN WAS PREGNANT BY ME WITH TWINS AND I KICKED THE BABIES OUT OF HER AND WE HAD SOME RITUALISTIC BURIAL FOR THEM ON THE YARD THAT HAD THE INVESTIGATIVE SERVICES UNIT DIGGING UP THE YARD LIKE GOOFERS.

THE FOLLOWING DAY WE WERE INTERVIEWED BY SGT. BROWN REGARDING OUR REPORTING OF BEING SEXUALLY ASSAULTED BY MIKE PALLARES, GREG RODRIGUEZ, SGT. CONTRERAS AND OTHERS WITH NEITHER OF US KNOWING THAT SGT. BROWN HAD SEXUALLY ABUSED AT LEAST (20) INCARCERATED WOMEN HIMSELF AND WAS COLLECTING INFORMATION TO COVER-UP FOR HIMSELF AND OTHER STAFF.

THE NEXT DAY LATASHA BROWN WAS MOVED TO CIW UNDER THE GUISE THAT SHE WAS "RE-PREGNANT" WITH TWINS ALTHOUGH LATASHA BROWN CANT GET PREGNANT BUT HAS A MENTAL HEALTH CONDITION THAT CAUSES HER MIND, BODY AND SOUL TO MIMIC PREGNANCIES. THIS CAME OUT IN HER TRIAL WHERE SHE MURDERED A WOMAN, BURNED HER BODY, TOOK HER INFANT SON AND RAISED HIM AS HER OWN FOR (8) YEARS.

WHILE IN SOLITARY CONFINEMENT LT. RODRIGUEZ AND LT. RAMIRES PULLED ME OUT TO TALK TO ME IN A PRIVATE SETTING AFTER MY GRIEVANCES GOT MIKE PALLARES REMOVED AS THE WARDEN. THEY TOLD ME THEY WERE AWARE OF MY FRIENDSHIP WITH INMATE

P.C. 1258

JOHNETTA ROSS WHO'D BEEN TRAFFICKED AMONGST MANY CCWF STAFF, MOST NOTABLY SGT. BROWN. THEY TOLD ME I HAD FRIENDS IN HIGH PLACES, INCLUDING KATHLEEN ALLISON THAT WANT ME TO GET CLOSER TO 'M ROSS. I THOUGHT IT WAS BECAUSE WE HAD BOTH BEEN VICTIMS WHO'D COME FORWARD IN WHAT HAD BECOME THE "CCWF STAFF SEXUAL ABUSE SCANDAL AND LAWSUIT."

I WAS RELEASED FROM SOLITARY CONFINEMENT IN MAY 2023 AND MAINTAINED COMMUNICATION WITH 'M ROSS WHO WAS STILL IN ASU. A FEW WEEKS LATER LT. RAMIREZ CAME TO TALK TO ME ON THE YARD. HE TOLD ME KATHLEEN ALLISON WAS CALLING IN A FAVOR AND WE HAVE A MUTUAL FRIEND. THEY WANTED ME TO GET 'M ROSS PREGNANT TO HELP END SB132 SO THEY COULD GO AFTER GAVIN NEWSOME AND THEY'D HELP ME AND 'M ROSS GET FREE AND TAKE CARE OF US AND THE BABY. I TOOK THIS AS A DIRECT ORDER FROM THE HIGHEST RANKING MEMBER OF CDCR. I TOLD LT. RAMIREZ I WAS PERMANENT WHEELCHAIR AND WOULDN'T BE ABLE TO MOVE OUT OF 505 AND 'M ROSS WAS GOING BACK TO C-FACILITY. HE TOLD ME THEY WOULD MOVE 'M ROSS TO B-FACILITY AND DO WHAT WAS ASKED OF ME.

ABOUT A MONTH LATER 'M ROSS WAS RELEASED TO FACILITY B 507-25. I TALKED TO C/O BRUFFET ABOUT MOVING ME TO 507-25. HE TOLD ME I KNEW THE PRICE, I'D PREVIOUSLY PAID C/O BRUFFET $5,000 EACH TIME TO MOVE 'M PENNEWELL AND 'M BROWN IN THE ROOM WITH ME AS I WASN'T ALLOWED ANY ROOMMATES. I PAID C/O BRUFFET THE $5000 LIKE BEFORE

P.C. 1258

ALTHOUGH I'D FILED MULTIPLE GRIEVANCES ON THIS WHOLE SITUATION BECAUSE IT WAS SCARING ME. MY WHOLE MEDICAL FILE WAS MANIPULATED AND DOCTORED TO MOVE ME FROM SOS-24 TO SO7-2S WITH I/M ROSS. I WENT FROM PERMANENT WHEELCHAIR/MOBILITY IMPAIRED TO NO MOBILITY DEVICES NOR DOCUMENTATION ALTHOUGH I WAS ALLOWED TO KEEP MY WHEELCHAIR.

IN SEPTEMBER OF 2023, CPT. SEAGER, SGT. BROWN, SGT. CONTRERAS AND WARDEN DE LA CRUZ STARTED AN INVESTIGATION ON I/M ROSS BEING PREGNANT BY ME BUT DIDNT SEPERATE US. SGT. BROWN, SGT. CONTRERAS AND AW DE LA CRUZ ARE DEFENDANTS IN SEXUAL ABUSE LAWSUITS IN WHICH I/M ROSS AND I ARE PLAINTIFFS. BY THIS TIME KATHLEEN ALLISON HAD DISAPPEARED IN DISGRACE FOR HER ROLE IN THE CDCR FORCED STERILIZATION SCANDAL.

AT THIS TIME I'D BEEN ON MEDICATIONS THAT KILLED MY ABILITY TO GET AN ERECTION OR TO PRODUCE SPERM CELLS FOR OVER (5) YEARS.

IN MID JANUARY I/M ROSS WAS PLACED IN SOLITARY CONFINEMENT FOR FALSE ALLEGATIONS FOR ASSAULTING ME.

DAYS LATER CPT. SEAGER, SGT. BROWN AND SGT. CONTRERAS ALONG WITH I/M STITH AND I/M AWAFI STRATEGICALLY HAD I/M BENNET PLACED IN THE ROOM WITH ME. WITHIN DAYS SHE SEXUALLY ASSAULTED ME AND CLAIMED I SEXUALLY ASSAULTED HER. WE BOTH MADE THE SAME CLAIMS, BUT I WAS CHARGED, SHE WASNT. THE DIFFERENCE BETWEEN US IS IM BLACK AND WAS BORN MALE WHILE SHE'S WHITE AND WAS BORN FEMALE.

P.C. 1258

ISABELL BENNET/DEFENDANT BENNET IS FROM SAN DIEGO COUNTY WHERE SHE ACCUSED MULTIPLE MEN OF RAPE; INCLUDING HER EX-BOYFRIEND WHO SHE'S INCARCERATED FOR STALKING AFTER HE LEFT HER FOR A SAN DIEGO COUNTY DISTRICT ATTORNEY.

SGT. BROWN AND SGT. CONTRERAS WERE THE INVESTIGATORS OF THE CASE AND ORDER SART EXAMINER NOT TO COLLECT ANY EVIDENCE FROM "ALL THE PLACES" I'M BENNET LICKED, SUCKED, TOUCHED ON ME. CCWF AND SART SAID THERE WERE NO SIGNS OF RAPE NOR EVEN SEX BECAUSE MY PENIS NEVER ENTERED HER. THERE WAS NO EVIDENCE OF ANYTHING, JUST HER WORD OVER MINE.

DEFENDANT CECILIA WILLIAMS SAID I SNATCHED HER IN 507-25 AND SEXUALLY ASSAULTED HER, FILING A FALSE POLICE REPORT. WHEN AVSS SHOWED SHE ENTERED MY ROOM, OUT-OF-BOUNDS ON HER OWN, SHE CHANGED HER STORY WHEN BEING THREATENED WITH FILING A FALSE POLICE REPORT AND BEING OUT-OF-BOUNDS. SHE DIDN'T RECEIVE RVR FOR EITHER. SGT. BROWN AND SGT. CONTRERAS WERE THE INVESTIGATORS ON THE CASE.

ON AVSS, I WAS ASSAULTED ONCE BY FORMER OFFICER J. HAYNES, ONCE BY I'M BROWN, THREE TIMES BY I'M FERRER, TWICE BY I'M FIELDS, ONCE BY I'M STITH, ONCE (FALSELY ACCUSED) I'M ROSS. THE ONLY ONE WHO HAD ASSAULT CHARGES FILED AGAINST THEM WAS I'M ROSS AND ALL OF THESE INCIDENTS ARE DOCUMENTED AND CAPTURED ON AVSS.

DEFENDANT(S) JOSEPH VIRGILIO, CHRISTOPHER DARDEN, NELSON HUNT AND THE JUSTICE FIRM WERE SUPPOSED TO REPRESENT I'M ROSS, MYSELF AND SEVERAL

P.C. 1258

OTHER CCWF SEXUAL ABUSE VICTIMS BUT THEY STOPPED COMMUNICATING WITH CLIENTS, STOLE MY UNPUBLISHED BOOK ABOUT DEFENDANT COMBS AND MY EXPERIENCE AT CCWF AND STOLE MY $402 FILING FEE FOR CASE NUMBER 1:23-CV-00974-NODJ.

DEFENDANT(S) JOSEPH GOETHAL LEGAL TOLD 'IM ROSS AND I THE JUSTICE FIRM SOLD OUR CASES TO LARGER FIRMS, USING UNETHICAL TRICKERY TO GET US TO SIGN SUBSTITUTION OF ATTORNEY AGREEMENTS. ALL OF THIS IS ON RECORDED CALLS AND EMAILS. JOSEPH GOETHALS TOLD RESENTENCING ATTORNEYS HE'S HANDLING MY CRIMINAL CASE PRO BONO WHILE TELLING ME HE'S TAKING IT ON CONTINGENCY PLAN THAT'LL COME OUT OF THE CIVIL CASE.

ON 02/13/24, 'IM ROSS TESTED POSITIVE FOR PREGNANCY AND WAS TRANSFERRED TO CIW WITH (3) DOCUMENTED ENEMIES WHERE SHE WAS FALSELY IMPRISONED IN THE PSYCHIATRIC INPATIENT PROGRAM AGAINST HER WILL, WITHOUT HER CONSENT AND DOCUMENTS SHOWING SHE REFUSED MENTAL HEALTH HOUSING AND TREATMENT.

ON 06/22/24, 'IM ROSS GAVE BIRTH TO HER SON "AMAZING GIFT ROSS," WHO WAS IMMEDIATELY DNA SWABBED PER A WARRANT ISSUED BY MADERA COUNTY UNDER MY CASE NUMBER ALTHOUGH I WASN'T BEING INVESTIGATED FOR A CRIME AGAINST 'IM ROSS.

WITH KATHLEEN ALLISON OUT OF THE WAY I HAD NO PROTECTION. ON 04/18/24, I HAD A DRB HEARING IN WHICH I WASN'T ABLE TO PRESENT A DEFENSE. ON 04/19/24, I WAS THE VICTIM OF UNNECESSARY EXCESSIVE USE OF FORCE WHEN I WAS BRUTALIZED BY CCWF STAFF WHO KIDNAPPED ME AND TOOK ME TO KVSP, THE WORST

P.C. 1258

PRISON IN CDCR.

ON 04/20/24, WHILE OUT-TO-MEDICAL, C/O REYES AND C/O KAUR SEXUALLY ASSAULTED ME AT GUNPOINT WHILE ILLEGALLY DISABLING THEIR BODY-CAMERAS. I HAD SEIZURE AFTER FALLING OUT OF WHEELCHAIR WHEN THEY FAILED TO PROPERLY SECURE ME ON STATE VEHICLE.

ON THE SAME STATE VEHICLE THAT NO EVIDENCE WAS COLLECTED FROM PER PREA POLICY, I WAS SEXUALLY ASSAULTED AT GUNPOINT BY C/O ESTRADA AND C/O MORENO.

FEDERAL PREA POLICY WAS VIOLATED IN ALL OF THESE INSTANCES AS NEITHER CRIME SCENE WAS SECURED, EVIDENCE COLLECTED NOR SEPERATION OF ACCUSED FROM ACCUSERS.

ON 07/22/24, WHILE OUT-TO-COURT, CCWF STAFF GAVE ME BOTTLE OF ALCOHOL (VODKA) IN WATER BOTTLE AND DATE RAPE DRUGS, TRYING TO KILL ME. I BLACKED OUT AND DONT KNOW WHAT HAPPENED TO ME WHILE IN THE CUSTODY OF SGT. WATTERS, C/O MOAH, C/O BARRETT BUT BODY-CAMERA AND DASH-CAMS SHOULD'VE CAPTURED ALL OF THIS.

ALL OF THESE THINGS ARE DOCUMENTED BUT WITH SO MANY DEFENDANTS AND EVENTS, APPOINTMENT OF COUNSEL IS WARRANTED. PLAINTIFF SEEKS MONETARY DAMAGES IN THE AMOUNT DETERMINED BY A JUDGE OR JURY, AND TEMPORARY RESTRAINING ORDER FROM CDCR.

THE ABOVE IS TRUE TO MY KNOWLEDGE.

(IN PRO-SE)
09/01/24

P.C. 1258



**UNAUTHORIZED ITEMS**

- No mail over 13 ounces in weight. No padded/cushioned envelopes
- No musical or homemade greeting cards (No 3-D Cards)
- No receipts/birth certificates/marriage license/food/clothing/etc.
- No Cash/travelers checks/foreign currency
- No ID Cards/Business Cards/Credit Cards/Phone Cards/etc.
- No gang signs or gang related material
- No Polaroid's/slides/negatives/photo albums
- No items depicting drugs/nudity/sexually explicit material
- No tattoo patterns/trading paper/card stock/cardboard
- No jewelry/glitter/stickers/labels/lipstick/perfume/etc.
- No 3rd party mail. No pens or pencils.

**AUTHORIZED ITEMS**

- Greeting cards - limit 10 w/attached plain white envelope
- 40 postage stamps, 40 envelopes (no hand stamped or metered envelopes)
- 300 sheets of white or yellow lined paper (not cotton paper or color paper)
- 15 photographs (ASU - limit 5) no altered photos
- Checks/Money Orders with I/M Name and CDCR#
- Calendars - not to exceed 12 x 12 unopened
- Manila envelopes - limit 10 (clasp removed)

List is provided as a courtesy and does not reflect all restrictions or policies.